UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARGARET CHRISTINE ARELLANO,<br><br>    Petitioner,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Respondent. | Case No. 2:11-cv-00081-MHW<br><br>**JUDGMENT** |

  On July 28, 2012, the Court entered a Memorandum Decision and Order **DISMISSING** Petitioner's Petition for Review (Dkt. 1).  Pursuant to that Order, Judgment is hereby entered in favor of Respondent.

DATED: July 18, 2012

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**